# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM ARGEL,<br><br>           Plaintiff,<br><br>   v.<br><br>GODWIN, *et al.*,<br><br>           Defendants. | Case No. 1:21-cv-00597-DAD-BAM (PC)<br><br>Appeal No. 22-15203<br><br>ORDER REGARDING *IN FORMA PAUPERIS* STATUS ON APPEAL |

Plaintiff John William Argel ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On January 7, 2022, the District Judge adopted in full the undersigned's findings and recommendations and dismissed this action, with prejudice, for failure to state a cognizable claim upon which relief may be granted. (ECF No. 25.) Judgment was entered accordingly the same date. (ECF No. 26.) On February 4, 2022, Plaintiff filed a notice of appeal. (ECF No. 27.)

On February 9, 2022, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal. 28 U.S.C. § 1915(a)(3). The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, *in forma pauperis* status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

Dated: **February 10, 2022**     /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE